FILED

10/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0564

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0564

ANTHONY CORDERO, on behalf of
himself and all others similarly situated,

     Plaintiffs and Appellants,

   v.

MONTANA STATE UNIVERSITY and
WADED CRUZADO,

     Defendants and Appellees.

**SECOND** ORDER
OF MEDIATOR APPOINTMENT

Dale Schowengerdt, the mediator previously appointed in this matter, has notified the parties that he declines the appointment. Accordingly, Mr. Schowengerdt's order of mediator appointment is hereby rescinded and

IT IS ORDERED THAT **DAVID C. DALTHORP,** whose name appears next on the list of attorneys desiring appointment as mediators for Money Judgment appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this 16th day of October, 2023.

Bowen Greenwood, Clerk of the Supreme Court

c:    Adrian Ann Miller
      Eric M. brooks
      Dale R. Cockrell
      Braden S. Murphy
      David C. Dalthorp